

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00442-CR

| | | |
|---|---|---|
| Ryan Garcia | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1285698R) |
| v. | § | April 27, 2017 |
| | § | Opinion by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error. We set aside Appellant Ryan Garcia's conviction and sentence for aggravated robbery by threat of an elderly person (the trial court's judgment on "Count One"), and, having held that Appellant Ryan Garcia's guilty plea was voluntary, we affirm the trial court's judgment on "Paragraph Two of Count One" convicting him of aggravated robbery by threat with a deadly weapon.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman